**Order entered July 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00436-CV**

**HOLLY BONE A/K/A HOLLY MARTIN, Appellant**

**V.**

**DAVID TYLER MOSS, ET AL., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

**ORDER**

By order dated June 30, 2021 we ordered the clerk's and reporter's record be filed by July 29, 2021. Before the Court is appellant's "Memorandum" informing the Court that the records in this accelerated appeal should be filed within ten days rather than thirty days. *See* TEX. R. APP. P. 35.1(b). The reporter's record has been filed. Accordingly, we **MODIFY** our June 30th order as follows. We **ORDER** Felica Pitre, Dallas County District Clerk to file the clerk's record on or before **July 12, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre; Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court; and, all parties.


/s/    CRAIG SMITH
JUSTICE